Arrest date: February 15, 2022
USMS 65876-298

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | ARIZONA CASE NO: 22-1211MJ |
| Antonio Ramirez | Case Number: 21-cr-00522-GPC-1 |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Antonio Ramirez___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with (brief description of offense):
See above

RECEIVED 2021 JUN -7 AM 10:38 U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                Clerk of the Court
Name of Issuing Officer                     Title of Issuing Officer

E. Blase  (SEAL)

s/ E. Blase                                 6/7/2021 San Diego, CA
Signature of Deputy                         Date and Location

Bail fixed at $ ___NO BAIL___   by   ___The Honorable Gonzalo P. Curiel___
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PS8D
(09/20)

**Name of Defendant:** Antonio Ramirez  
**Docket No.:** 3:21CR522-001

May 25, 2021  
Page 1

PS8D
(09/20)

May 25, 2021

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Antonio Ramirez                    **Dkt No.:** 3:21CR522-001

**Reg. No.:** 65876298

**Name of Judicial Officer:** The Honorable Gonzalo P. Curiel, U.S. District Judge

**Date Conditions Ordered:** March 23, 2021, before the Honorable Ruth Bermudez Montenegro, U.S. Magistrate Judge

**Charged Offense:** 21:952,960 - Importation of a Controlled Substance

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess a firearm, destructive device, or other dangerous weapon; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, Imperial County, State of Arizona and do not enter Mexico. Additional Conditions: Actively seek or continue full-time employment, or schooling, or a combination of both; reside at a residence approved by the Pretrial Services Office, including any contract facility.

**Modification:** None.

**Date Released on Bond:** March 23, 2021

**Next Court Hearing:** June 10, 2021, at 9:00 am, for Motion Hearing before U.S. District Judge Gonzalo P. Curiel.

**Asst. U.S. Atty.:** J'Me Forrest                    **Defense Counsel:** Samantha Jaffe  (appointed)  
619 546-6741                                         619 234-8467

**Prior Violation History:** None.

PS8D
(09/20)

**Name of Defendant:** Antonio Ramirez  May 25, 2021
**Docket No.:** 3:21CR522-001  Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| Do not violate federal, state, or local law during the period of release. | 1. On May 21, 2021, the defendant was arrested for aggravated assault with a deadly weapon in violation of statute 13-1204A2, as evidenced by criminal computerized records. |
| | 2. On May 21, 2021, the defendant was arrested for criminal damage - deface in violation of statute 13-1602A1, as evidenced by criminal computerized records. |
| | 3. On May 21, 2021, the defendant was arrested for assault with intent – reckless – injure in violation of statue 13-1203A1, as evidenced by criminal computerized records. |

*Grounds for revocation:*

On March 23, 2021, the Court set conditions of release which include the defendant must not violate federal, state, or local law during the period of release. On November 16, 2020, the defendant acknowledged her conditions of release during her post release interview with Pretrial Services.

The defendant resides in Yuma, Arizona, and is being supervised by Pretrial Services Officer (PSO) Karina Reyes. On May 24, 2021, PSO Reyes advised the undersigned the defendant was arrested on May 21, 2021, for aggravated assault with dangerous instrument per domestic violence, criminal damage and assault. PSO Reyes stated the defendant appeared for an arraignment on May 22, 2021, at Yuma Justice Court and bail was set in the amount of $50,000. PSO Reyes further indicated a copy of the Yuma Police Department arrest report has been requested.

Online inmate records for Yuma Sheriff's Department indicate the defendant remains in custody as of May 26, 2021.

Criminal records reflect the defendant was arrested on May 21, 2021, for aggravated assault with a deadly weapon in violation of statute 13-1204A2 (felony), criminal damage – deface in violation of statue 13-1602A1 (felony), and assault with intent – reckless -injure (misdemeanor).

PS8D
(09/20)

**Name of Defendant:** Antonio Ramirez  May 25, 2021
**Docket No.:** 3:21CR522-001  Page 3

## SUPERVISION ADJUSTMENT

Mr. Ramirez commenced pretrial supervision on March 23, 2021 and supervised in the District of Arizona by Pretrial Services Officer Karina Reyes. Prior to the arrest, the defendant was complying and reporting as instructed. Considering the defendant engaged in illegal activity while on bond, Pretrial Services views the defendant's supervision adjustment as poor.

## RECOMMENDATION/JUSTIFICATION

In light of the information provided, Pretrial Services recommends your Honor issue a No-Bail Bench Warrant for the defendant's arrest so he can be brought before the Court and show cause why his bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:** 5/26/2021

Respectfully submitted:  Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _____  _____
Jessica R. Mara  Teresa Salgado
U.S. Pretrial Services Officer Assistant  Supervisory U.S. Pretrial Services Officer
760 339-4227
Place: El Centro, California

## THE COURT ORDERS:

__X__ AGREE, issue a no bail bench warrant for the defendant's arrest and order him to show cause why his bond should not be revoked.

_____ Other _____

_____  5/26/21
The Honorable Gonzalo P. Curiel  Date
U.S. District Judge